# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DELTA DENTAL ANTITRUST LITIGATION**                    MDL No. 2931

## ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of Illinois.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Sunil R. Harjani for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

_Karen K. Caldwell_
Karen K. Caldwell
Chair